UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LAWRENCE LEE WILLIAMS,<br><br>　　　　　　　　　Defendant. | Case No. 2:20-CR-0127-TOR-2<br><br>Protective Order |

　　　　BEFORE THE COURT is the United States' Motion for Protective Order. ECF No. 26. The motion was submitted for consideration without oral argument. Having reviewed the record and the files therein, the Court is fully informed. For good cause shown, the motion is granted.

　　　　ACCORDINGLY, IT IS HEREBY ORDERED that:

　　　　1.　　The government will provide discovery materials on an on-going basis to defense counsel;

　　　　2.　　Discovery materials that contain the voice or image of a confidential source may be provided to defense counsel for review. However, any portion of video or audio files included in such discovery materials that record or display the name or image of a confidential source may not be shown to the Defendant. Further, such discovery materials may not be left in the Defendant's custody;

Protective Order - 1

3. Defense counsel may possess, but not copy (excluding the production of necessary working copies), all discovery materials, including sealed documents;

4. Defense counsel may show to, and discuss with the Defendant, all discovery materials, including sealed documents, except for any portion of video or audio files that record or display the name or image of a confidential source;

5. Defense counsel shall not provide original or copies of discovery materials to the Defendant;

6. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, but excluding any staff of defense counsel or investigator and/or expert engaged by defense counsel, who will also be bound by the terms and conditions of the Protective Order; and

7. The government, defense counsel, and witnesses may reference the existence and content of sealed / protected discovery material in open and closed court proceedings relevant to Case No. 2:20-CR-00127-TOR-2; provided however, any written reference to the content of the protected discovery shall be filed under seal.

IT IS SO ORDERED. The Clerk shall enter this Order and furnish copies to counsel.

DATED November 30, 2020.

THOMAS O. RICE
United States District Judge

Protective Order - 2